**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 18–33363 – WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peoples Electric Co. Inc.
aka Peoples Contractors, aka Peoples
Electrical Contractors, aka System One
Control, aka Peoples Communication
Systems

277 East Fillmore Avenue
Saint Paul, MN 55107

Social security/Taxpayer ID/Employer
ID/Other Nos.: 41–0699224

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 4/1/19 , or, for governmental units, within 180 days from the date of the Order for Relief or 4/1/19 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 12/26/18

        Lori Vosejpka
        Clerk, U.S. Bankruptcy Court
        200 Warren E Burger Federal Building and
        US Courthouse
        316 N Robert St
        St Paul, MN 55101

        BY: admin
        Deputy Clerk

mnbflclm 10/14